EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. BRITTON REALTY CORPORATION et al., Impleaded with ANNA R. MAHNKEN et al.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

CARL S. ZEKARIA v. COOPER & COOPER, INC.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

HERMAN BRANDT v. JOSEPH DAVIDSON Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

In the Matter of ANNA T. O'C. BLAIR against EDWARD S. McSWEENEY et al., Constituting the Medical Board of the Teachers' Retirement Board, et al.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

READER MAIL, INC., v. SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447, of International Printing Pressmen and Assistants' Union of North America, A. F. of L.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

## (November 16, 1943.)

EDWIN P. KOHL v. HAMILTON RODDIS et al.— Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., taking no part.

## (November 19, 1943.)

GERTRUDE V. PINCUS, Appellant, v. JOSEPH PINCUS, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

LOUIS H. WOLFE, Appellant, v. GOLDEN-ROSSELL COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

JAMES DEWINDT, Appellant, v. ANTHONY DESTEFANO, as Public Officer of New York City, Respondent.— No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

COULTER & COULTER, INC., Appellant, v. THOMAS J. COULTER, Respondent.— No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.